IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE FIDEL HERNANDEZ HERNANDEZ,<br>*a/k/a Jose Fidel Hernandez-Hernandez,*<br>*Jose F Hernandez Hernandez,*<br>*Jose Hernandez Hernandez,*<br>*Jose Hernandez-Hernandez,*<br>*Jose Fidel Hernandez Hernande,*<br>*Jose Hernandez Hernande*<br>Defendant. | Case No. 1:26-MJ-339 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Jason Klepec, being duly sworn, depose and state:

1. I am a Deportation Officer with the United States Immigration and Customs Enforcement ("ICE") in Fairfax County, Virginia. I have been employed with ICE for more than sixteen years. I have received specialized training and have conducted numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code.

2. My duties as a Deportation Officer with ICE include investigating administrative and criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code and seeking, when applicable, prosecution and removal of violators. I have received training in general law enforcement, including training in Title 8 of the United States Code.

3. This affidavit is submitted in support of a criminal complaint and arrest warrant for JOSE FIDEL HERNANDEZ HERNANDEZ also known as "Jose Fidel Hernandez-Hernandez", "Jose F Hernandez Hernandez", "Jose Hernandez Hernandez", "Jose Hernandez-

Hernandez", "Jose Fidel Hernandez Hernande", "Jose Hernandez Hernande", (hereafter referred to as HERNANDEZ HERNANDEZ), an alien who was found in the United States after being denied admission, excluded, deported, or removed, or having departed the United States while an order of exclusion, deportation, or removal was outstanding, subsequent to a conviction for commission of a felony, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1). This affidavit is also submitted in support of an arrest warrant.

4. The facts and information contained in this affidavit are based upon my training and experience, personal knowledge, and observations during this investigation, as well as the observations of other agents involved in this investigation. This affidavit contains information necessary to support probable cause, but it is not intended to include every fact and matter observed by me or known to the United States.

**SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE**

5. On or about August 11, 2026, ICE received a biometric notification from the Arlington County Jail located in Arlington, Virginia, within the Eastern District of Virginia. ICE received this notification after HERNANDEZ HERNANDEZ had been booked into the jail on a felony violation of probation in violation of Va. Code Ann. § 19.2-306.

6. I performed records checks which confirmed that HERNANDEZ HERNANDEZ is a native and citizen of Honduras who was last removed from the United States on or about September 16, 2016, at or near Alexandria, Louisiana. HERNANDEZ HERNANDEZ did not have legal authorization to reenter, pass through, or remain in the United States.

7. On August 16, 2026, I requested the fingerprint card relating to HERNANDEZ HERNANDEZ most recent arrest in Arlington County, Virginia.

8. On August 17, 2026, I submitted three exhibits of HERNANDEZ HERNANDEZ'S fingerprints to the Homeland Security Investigations (HSI) Forensic Laboratory for comparison. The three exhibits are: A) a fingerprint card dated August 11, 2026, bearing FBI number 82330XD1 and Virginia State Identification number VA2222514E from the Arlington County Adult Detention Center received from the FBI on August 16, 2026; B) fingerprint taken on Immigration Service form I-205 showing his removal on September 16, 2016; and C) a fingerprint taken on Immigration Service form I-205 showing his removal on July 1, 2014. On August 20 2026, the HSI Forensic Laboratory fingerprint responded by stating that all the exhibits, including both Immigration Service form I-205 showing his removals on September 16, 2016, and July 1, 2014, were a match.

9. I also reviewed HERNANDEZ HERNANDEZ's Alien File maintained by U.S. Citizenship and Immigration Services, which was associated with the same unique FBI number as his August 11, 2026, arrest. The file, also known as an Alien File, revealed that HERNANDEZ HERNANDEZ is a citizen and national of Honduras. The file contained two executed Immigration Service Form I-205, Warrant of Removal/Deportation bearing HERNANDEZ HERNANDEZ's photograph, fingerprint, and signature. These records showed that HERNANDEZ HERNANDEZ was removed from the United States on or about September 16, 2016, at or near Alexandria, Louisiana, and on or about July 1, 2014, at or near Alexandria, Louisiana.

10. Additional documents contained in HERNANDEZ HERNANDEZ's Alien File revealed that he had previously been convicted of a crime that meets the definition of a felony, to wit: 1) Hit and Run, in the Circuit Court of Arlington County, in violation of Va. Code Ann. §

46.2-894 on May 9, 2014, for which HERNANDEZ HERNANDEZ was sentenced to three years' incarceration.

11. HERNANDEZ HERNANDEZ's Alien File lacks evidence of any immigration benefit, document, or status that would allow him to legally enter, be admitted, pass through, or reside in the United States. Further, HERNANDEZ HERNANDEZ has not obtained permission from the Attorney General or the Secretary of the Department of Homeland Security to reenter the United States following his formal removal.

**CONCLUSION**

12. Based on the foregoing, I submit that there is probable cause to believe that on or about August 11, 2026, in Arlington County, Virginia, within the Eastern District of Virginia, JOSE FIDEL HERNANDEZ HERNANDEZ also known as "Jose Fidel Hernandez-Hernandez", "Jose F Hernandez Hernandez", "Jose Hernandez Hernandez", "Jose Hernandez-Hernandez", "Jose Fidel Hernandez Hernande", "Jose Hernandez Hernande", an alien who was previously removed from the United States on or about September 16, 2016, at or near Alexandria, Louisiana, and on or about July 1, 2014, at or near Alexandria, Louisiana, after having been convicted of a felony, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States.

Respectfully submitted,

Jason Klepec

Jason Klepec
Deportation Officer
U.S. Immigration and Customs Enforcement

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on August 27, 2026.

Lindsey R Vaala Digitally signed by Lindsey R Vaala
Date: 2026.08.27 09:46:21 -04'00'

The Honorable Lindsey R. Vaala
United States Magistrate Judge
Alexandria, Virginia